# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## **O R D E R**

New defense counsel's Motion to Continue Trial (Docket No. 27) is **GRANTED**. By separate order, the trial of this case is being rescheduled for May 21, 2013.

The short period of delay resulting from this continuance serves the ends of justice, which outweigh the best interest of the public and the defendant in a speedy trial. At the request of the defendant, on March 4, 2013, the court allowed the defendant's then attorney, John P. Cauley, to withdraw from this representation. New counsel was appointed immediately by the Federal Public Defender's Office (Docket No. 26), and the defendant's new counsel, James E. Mackler, has filed a prompt motion to continue the trial (Docket No. 27). The defendant has refused to execute a waiver of speedy trial. However, the court has granted the short continuance requested by the defendant's new counsel because the failure to do so would result in a miscarriage of justice, in that it would deny new counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

It is so **ORDERED**.

ENTER this 11th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge