# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## NOTICE OF FILING

Prior to the grant of a mistrial by the court on May 22, 2013, the defendant presented to the court a letter written last evening about his dissatisfaction with his present counsel. The defendant's letter is hereby being filed in the record of the case.

It is so **ORDERED**.

ENTER this 22nd day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge