IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

Upon the concurrence of the defendant, over the objection of the government, it is hereby **ORDERED** that a **MISTRIAL** is declared in this case at the beginning of the second day of trial. It is further **ORDERED** that Kenneth D. Quillen, assisted by William Alan Slone, are hereby **RELIEVED** as counsel for the defendant, and the Public Defender is requested to appoint new counsel for this defendant.

By separate order, this case is being reset for trial on July 30, 2013.

It is so **ORDERED**.

ENTER this 22nd day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge