UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing set for 6/27/13 at 3:00 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:13-cr-00036 |
| v. ) | |
| ) | Judge Trauger |
| JOSHUA GRANDERSON ) | |
| ) | |

## MOTION TO SET STATUS CONFERENCE

The United States of America, by David Rivera, Acting United States Attorney for the Middle District of Tennessee, through Clay T. Lee, Assistant United States Attorney, files this Motion to Set Status Conference in the above captioned case. The undersigned requests this status conference in order to determine if this case will proceed to trial on July 30, 2013, as scheduled and to resolve any pre-trial issues as the defendant has obtained new counsel. The undersigned has conferred with defense counsel, Michael F. Terry, who advises that he is available for such a conference during the week of June 24 – 28, as is the undersigned.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151