IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

It is hereby **ORDERED** that pretrial motions shall be filed by November 15, 2013, and responses shall be filed by November 27, 2013.

It is so **ORDERED**.

ENTER this 31st day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge