# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## **O R D E R**

A telephone conference was held with counsel for the parties on November 12, 2013.

The following are hereby **ORDERED**:

1. The trial scheduled for December 17, 2013 is being removed from the court's calendar, to be reset, if appropriate, after a decision on pretrial motions.

2. Pretrial motions shall be filed by November 25, 2013, and responses shall be filed by December 20, 2013.

3. Upon the withdrawal of a subpoena by the defense, the court will deny as moot the pending Motion to Quash (Docket No. 105).

It is so **ORDERED**.

ENTER this 12th day of November 2013.

ALETA A. TRAUGER
U.S. District Judge